**Order entered September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00389-CV

**SONGHE ZHANG, Appellant**

**V.**

**KIRSTEN ZHANG, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-30041-2009**

## ORDER

The Court has before it appellee's September 17, 2013 motion to extend time, which is unopposed. The Court **GRANTS** the motion and **ORDERS** appellee to file her brief by September 23, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE